IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA



| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CELLULAR PHONE NUMBER 406-320-2094 THAT IS IN THE CUSTODY AND CONTROL OF CELLCO PARTNERSHIP DBA VERIZON WIRELESS | Case No. MJ-19-45-BLG-TJC<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding CELLCO PARTNERSHIP DBA VERIZON WIRELESS, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant of the existence of the attached search warrant for a period of one year.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that CELLCO PARTNERSHIP DBA VERIZON WIRELESS shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year, except that CELLCO PARTNERSHIP DBA VERIZON WIRELESS may disclose the attached search warrant to an attorney for CELLCO PARTNERSHIP DBA VERIZON WIRELESS for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

5-15-19
Date

_____
HONORABLE TIMOTHY J. CAVAN
United States Magistrate Judge